GORDON, Howard
06-131M

**ADDITIONAL CONDITIONS OF RELEASE**

1:06 CR 00059 AWI

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

**FILED**
JUN 0 6 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

( )  (6)  The defendant is placed in the custody of:

Name of person or organization _____

who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

SIGNED: _____
**CUSTODIAN OR PROXY**

See minutes # 74

(X)  (7)  The defendant shall:
- ( )  (a)  maintain or actively seek employment, and provide proof thereof to the PSO upon request.
- ( )  (b)  maintain or commence an educational program.
- ( )  (c)  abide by the following restrictions on his personal associations, place of abode, or travel: Reside at a residence approved by Pretrial Services, and not move or be absent from this residence for more than 24 hrs. without prior approval of PSO; travel restricted to , unless otherwise approved in advance by PSO.
- (X)  (d)  avoid all contact with the following named persons, who are considered either alleged victims or potential witnesses: named codefendants in the instant matter, unless in the presence of counsel or otherwise approved in advance by the PSO.
- ( )  (e)  report on a regular basis to the following agency: Pretrial Services and comply with their rules and regulations.
- ( )  (f)  comply with the following curfew:
- ( )  (g)  refrain from possessing a firearm, destructive device, or other dangerous weapon.
- ( )  (h)  refrain from excessive use of alcohol, and any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 USC §802 unless prescribed by a licensed medical practitioner.
- ( )  (i)  undergo medical or psychiatric treatment and/or remain in an institution, as follows: Including treatment for drug and/or alcohol dependency, and pay for costs as approved by the PSO.
- ( )  (j)  execute a bond or an agreement to forfeit upon failing to appear or failure to abide by any of the conditions of release, the following sum of money or designated property:
- ( )  (k)  post with the court the following indicia or ownership of the above-described property, or the following amount or percentage of the above-described money:
- ( )  (l)  execute a bail bond with solvent sureties in the amount of $
- ( )  (m)  return to custody each (week)day as of  o'clock after being released each (week)day as of  o'clock for employment, schooling, or the following limited purpose(s):
- ( )  (n)  surrender any passport to the Clerk, United States District Court.
- ( )  (o)  obtain no passport during the pendency of this case.
- (X)  (p)  all previously ordered conditions of release remain in full force and effect.
- ( )  (q)  submit to drug and/or alcohol testing as directed by PSO.
- ( )  (r)  report any prescriptions to PSO within 48 hours of receipt.
- ( )  (s)  participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) will or ( ) will not include electronic monitoring or other location verification system.
  - ( )  (i)  **Curfew.**  You are restricted to your residence every day  ( ) from _____ to _____, or ( ) as directed by the Pretrial Services office or supervising officer; or
  - ( )  (ii)  **Home Detention.**  You are restricted to your residence at all times except for employment; education; religious services; or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the Pretrial Services office or supervising officer; or
  - ( )  (iii)  **Home Incarceration.**  You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the Pretrial Services office or supervision officer.

(Copies to:  Defendant, US Attorney, US Marshal, Pretrial Services)