```
McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone:  (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 06-0059 AWI |
| Plaintiff, ) | |
| v. ) | AMENDED ORDER |
| HOWARD GORDON, JR., ) | |
| Defendant. ) | |

Having read and considered the parties' stipulation to continue the current hearing date of March 5, 2007, as to this defendant only,

IT IS THE ORDER of the Court that the current hearing date is hereby vacated, the matter is reset for a change of plea on Monday, March 26, 2007, at 9:00 a.m.

The Court further finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, in that the failure to grant the continuance would deny the parties an

1

1  opportunity to effectively resolve this matter and would deny the
2  defendant an opportunity to properly investigate.
3      WHEREFORE IT IS HEREBY ORDERED that time shall be excluded
4  in the interest of justice, pursuant to 18 U.S.C. §
5  3161(h)(8)(A).

IT IS SO ORDERED.

**Dated:   March 13, 2007**                     **/s/ Anthony W. Ishii**
0m8i78                                          UNITED STATES DISTRICT JUDGE