1 Richard Barnwell (227376)
2 950 S. Flower St., Suite #100
Los Angeles, CA 90015
3 Telephone: (213) 804-2931
Facsimile: (213) 488-1316
4
5 Attorney for Defendant HOWARD GORDON

**FILED**
JUL 2 5 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

6 UNITED STATES DISTRICT COURT
7 FOR THE EASTERN DISTRICT OF CALIFORNIA
8
9 | UNITES STATES OF AMERICA ) NO.: CR-06-000590AWI
10 | Plaintiff, )
11 | vs. ) MOTION TO EXHONORATE BAIL/BOND
12 | HOWARD GORDON, *et al.*, )
13 | Defendant(s) )

15
16 Defendant, Howard Gordon, hereby request his bail/bond to be exonerated and all encumbrances on property be released. DEFENDANT TERMINATED/Sentencing was held on 6/4/2007. The property to secure his attendance is located at 1438 E. 55th St., Los Angeles, CA 90011.

20 Dated: July 18, 2007

Respectfully submitted,

/s/ Richard Barnwell
Richard Barnwell
Attorney for Howard Gordon

It is so Ordered. Dated: 7-23-07

_____
United States District Judge

1

MOTION TO EXONORATE BAIL/BOND

Case 1:06-cr-00059-AWI   Document 285   Filed 07/25/07   Page 2 of 2
Case 1:06-mj-00131-SMS   Document 19   Filed 06/09/2006   Page 51 of 51
Case 1:06-cr-00059-AWI   Document 82   Filed 06/09/2006   Page 51 of 51



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

June 5, 2006

Clerk, U.S. District Court

United States District Court
Room 1501
2500 Tulare Street
Fresno, CA 93721-1318

Re:   Status of Property Bond

   Your Case Number __1:06-MJ-00131__

   Case Name ____06-1040M____

Dear Sir/Madam:

   Pursuant to Rule 40 of the Federal Rules of Criminal Procedure, the case referred to above was transferred to your Court on __05/26/06__. However, in accordance with the bond conditions set forth by our Court, property was posted in our office as collateral prior to the case being transferred.

   To assist our office in determining the status of this property bond, please send us a certified copy of the order that either exonerates or forfeits the bond. Upon receipt of this order, we will prepare a reconveyance if the property was ordered exonerated or notify the U.S. Attorney's office if the property was ordered forfeited.

   Thank you for your prompt attention to this matter.

                                        Sincerely,

                                        Clerk, U.S. District Court


                                        By  *C. Brizuela*
                                            Deputy Clerk

---

CR-91 (01/01)                    **LETTER RE STATUS OF PROPERTY BOND**