IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD GORDON, JR., | ) CV 08-0494 AWI |
| | ) CR 06-0059 AWI |
| Petitioner, | ) |
| v. | ) |
| UNITED STATES OF AMERICA, | ) ORDER ON RESPONDENT'S MOTION |
| | )   TO EXTEND TIME |
| Respondent. | ) |

Having considered the government's request for an extension of time and declaration submitted in support thereof,

IT IS HEREBY ORDERED THAT the government's statement of opposition or non-opposition to Petitioner's habeas corpus motion shall be filed on or before January 28, 2009.

IT IS SO ORDERED.

**Dated:   December 17, 2008**          /s/ Anthony W. Ishii
                                         CHIEF UNITED STATES DISTRICT JUDGE

1